IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY J. GOEDE,

        Plaintiff,                      No. CIV S-09-2781 DAD

     v.

MICHAEL J. ASTRUE,                ORDER
Commissioner of Social Security,

        Defendant.

_____/

        Plaintiff has commenced a civil action seeking judicial review of a final decision of the Commissioner denying her application for benefits. Plaintiff has paid the required filing fee.

        Although the case has been filed in the Sacramento Division of the United States District Court for the Eastern District of California, plaintiff alleges that her primary residence is in Calaveras County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of this court in accordance with Local Rule 3-120(d) may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of this court for all further proceedings.

Good cause appearing, IT IS ORDERED that:

1. The scheduling order issued in this case on October 6, 2009, is vacated;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned by the Clerk of the Court and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: October 7, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/goede2781.transfer

2